**DISMISS and Opinion Filed October 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00401-CV

**FINANCE OF AMERICA REVERSE, LLC, Appellant**
**V.**
**CELIA A. HOPKEN, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16418**

# MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Osborne

Before the Court is Finance of America Reverse, LLC's October 8, 2019 unopposed motion

to dismiss this appeal with prejudice because the parties have reached a confidential settlement of

the dispute. We grant the motion and dismiss this appeal. TEX. R. APP. P. 42.1(a)(1).

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

190401F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

FINANCE OF AMERICA REVERSE, LLC, Appellant

No. 05-19-00401-CV     V.

CELIA A. HOPKEN, Appellee

On Appeal from the 162nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-16-16418.
Opinion delivered by Justice Osborne, Justices Myers and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered October 10, 2019